# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| ANITA MONTGOMERY ) | |
| ) | |
| v. ) | NO. 2-11-0051 |
| ) | JUDGE SHARP |
| STANDARD INSURANCE COMPANY, ) | |
| et al., ) | |

## ORDER

Pursuant to the Stipulation of Dismissal Of Defendant Fleet National Bank (Docket Entry No.40) filed by the parties, that claims against Defendant Fleet National Bank are hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

*Kevin H. Sharp*
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE